HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
JONATHAN PATRICK TURRENTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN PATRICK TURRENTINE<br><br>Defendant. | Case No. 2:21-mj-00148-AC-1<br><br>**NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for Jonathan Patrick Turrentine, and designate counsel for service as follows:

>MIA CRAGER
>Assistant Federal Defender
>801 I Street, 3rd Floor
>Sacramento, CA 95814
>Telephone: (916) 498-5700
>Mia_Crager@fd.org

I hereby certify that I am an attorney admitted to practice in this court.  Please remove Assistant Federal Defender David Porter from the service list.

Dated:  October 8, 2021

>*/s/ Mia Crager*
>MIA CRAGER
>Assistant Federal Defender
>Attorney for Defendant
>JONATHAN PATRICK TURRENTINE

NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL                           -1-