PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN PATRICK TURRENTINE,<br><br>Defendants. | CASE NO. 2:21-MJ-148-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: October 14, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendant Jonathan Patrick Turrentine, both individually and by and through his counsel of record, Assistant Federal Defender Mia Crager, hereby stipulate as follows:

1. The Complaint in this case was filed on September 17, 2021, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 23, 2021. The court set a preliminary hearing date of October 7, 2021, which was moved by Order of this Court, based on the joint request of the parties, to October 14, 2021.

2. Mr. Turrentine is out of custody.

3. By this stipulation, the parties now jointly move for an extension of time of the preliminary hearing date to October 21, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of

the case. The government anticipates that discovery in this case will be extensive. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the modest extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 14, 2021, and October 21, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 12, 2021					PHILLIP A. TALBERT
							Acting United States Attorney


							/s/ JAMES R. CONOLLY
							JAMES R. CONOLLY
							Assistant United States Attorney


Dated: October 12, 2021					/s/ MIA CRAGER
							MIA CRAGER
							Assistant Federal Defender
							Counsel for Defendant
							JONATHAN PATRICK
							TURRENTINE

STIPULATION                                   2

PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JONATHAN PATRICK TURRENTINE,<br><br>                    Defendants. | CASE NO. 2:21-MJ-148-AC<br><br>[PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: October 14, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

   The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 12, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

   Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

   THEREFORE, FOR GOOD CAUSE SHOWN:

   1.   The date of the preliminary hearing is extended to October 21, 2021, at 2:00 p.m.

2.	The time between October 14, 2021, and October 21, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.	Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy D. Peterson
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE