# UNITED STATES DISTRICT COURT

1133 6126

for the

Eastern District of California

United States of America
v.

JONATHAN PATRICK TURRENTINE

*Defendant*

Case No. 2:21-CR-205 TLN
2:21-mj-0148 AC

UN SEALED

FILED
FEB 28 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONATHAN PATRICK TURRENTINE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance

21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute, and to Possess with Intent to Distribute a Controlled Substance

18 U.S.C. § 2320 (a)(4) - Trafficking in Counterfeit Goods and Services

18 U.S.C. § 1956 (a)(1)(A)(i) - Money Laundering

Date: September 17, 2021

*Allison Claire*
*Issuing officer's signature*

City and state: Sacramento, California

Allison Claire, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/17/21, and the person was arrested on *(date)* 09/23/21
at *(city and state)* Sacramento, CA.

Date: 2/9/22

*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*