HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JONATHAN TURRENTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN TURRENTINE,<br><br>　　　　Defendant. | Case No. 2:21-cr-00205-TLN<br><br>**WAIVER OF PERSONAL APPEARANCE; ORDER** |

　　　　Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant JONATHAN TURRENTINE hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, evidentiary hearings, change of plea, empanelment of jury, trial, and, if applicable, imposition of sentence.

　　　　Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix

in her absence.

Defendant further acknowledges being informed of their rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes Defendant's attorney to set times and dates under that Act without Defendant's personal presence. The original signed copy of this waiver is being preserved by the attorney undersigned.

Date: January 2, 2024                    /s/ Jonathan Turrentine
                                          JONATHAN TURRENTINE
                                          Defendant

I agree and consent to my Client's waiver of appearance.

Date: January 2, 2024                    /s/ Noa E. Oren
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JONATHAN TURRENTINE

IT IS SO ORDERED.

Dated:  January 2, 2024                  _____
                                          Troy L. Nunley
                                          United States District Judge