HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
JONATHAN TURRENTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00205-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE CHANGE OF PLEA** |
| v. | ) | |
| | ) | |
| JONATHAN TURRENTINE, | ) | Date: March 28, 2024 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turrentine, that the status conference with a possible change of plea currently set for March 28, 2024 be continued to April 11, 2024 at 9:30 a.m. and to exclude time between March 28, 2024, and April 11, 2024, under local code T4.

The parties have come to an agreement about the terms of the plea agreement, but a formal offer is still forthcoming and defense counsel will need time to review it with Mr. Turrentine.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial

1   Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28,

2   2024, to Aril 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

3   B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants'

4   request on the basis of the Court's finding that the ends of justice served by taking such action

5   outweigh the best interest of the public and the defendant in a speedy trial.

6                                          Respectfully submitted,

7                                          HEATHER E. WILLIAMS
                                           Federal Defender
8

9   Date: March 26, 2024                   */s/  Mia Crager*
                                           MIA CRAGER
10                                         Assistant Federal Defender
                                           Attorneys for Defendant
11                                         JONATHAN TURRENTINE

12

13  Date: March 26, 2024                   PHILLIP TALBERT
                                           United States Attorney
14

15                                         */s/ James Conolly*
                                           JAMES CONOLLY
16                                         Assistant United States Attorney
                                           Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>O R D E R</u>**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5          IT IS SO ORDERED.

6

7    DATED: March 26, 2024

Troy L. Nunley
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Amend Continue          -3-
Status Conference