1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Mia_Crager@fd.org
5
   Attorney for Defendant
6  JONATHAN TURRENTINE

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              Case No.   2:21-cr-205 TLN
11
              Plaintiff,                  STIPULATION AND ORDER TO CONTINUE
12                                         SENTENCING
   vs.
13                                         DATE:   March 20, 2025
   JONATHAN TURRENTINE,                    TIME:   9:30 a.m.
14                                         JUDGE: Hon. Troy L. Nunley
              Defendant.
15

16  _____

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, that the sentencing hearing scheduled for March 20, 2025, at 9:30 a.m. be

19  continued to **March 27, 2025, at 9:30 a.m.**  The reason for the requested continuance is that

20  defense counsel is unavailable at the currently scheduled date. Probation and the AUSA agree to

21  the continuance.

22        *The remainder of this page is intentionally blank.  Signature blocks immediately follow.*

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: March 6, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
JONATHAN TURRENTINE

Dated: March 6, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

1

2

<u>**O R D E R**</u>

3

    **IT IS HEREBY ORDERED** that the sentencing hearing previously set for March 20,

4

2025 is CONTINUED to **March 27, 2025, at 9:30 a.m.**

5

6

DATED:  March 6, 2025

7

8

_____

TROY L. NUNLEY

9

CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28